Preliminary Agreed Alabama District Designations

| Last Name | First Name | Current City | Current State | Agreed Proposed Jurisdiction |
|---|---|---|---|---|
| Agrella | Marc | Dothan | AL | Alabama Middle District Court |
| Bean | Dolores | Deatsville | AL | Alabama Middle District Court |
| Bolin | Tammie | Daleville | AL | Alabama Middle District Court |
| Campbell | Tina | Honoraville | AL | Alabama Middle District Court |
| Collins | Teresa | Verbena | AL | Alabama Middle District Court |
| Cook | Arlene | Eufaula | AL | Alabama Middle District Court |
| Daughtry | Margaret | Columbia | AL | Alabama Middle District Court |
| Gaither | Judy | Alexander City | AL | Alabama Middle District Court |
| Garrett | Bobbie | Banks | AL | Alabama Middle District Court |
| Hall | Pedro | Montgomery | AL | Alabama Middle District Court |
| Hodges | Mary | Wadley | AL | Alabama Middle District Court |
| Masters | Catherine | Phenix City | AL | Alabama Middle District Court |
| Mines | Joni | Opelika | AL | Alabama Middle District Court |
| Moultry | Randolph | Brundidge | AL | Alabama Middle District Court |
| Pruitt | Betty | Luverne | AL | Alabama Middle District Court |
| Register | Jeanette | Highland Home | AL | Alabama Middle District Court |
| Roberson | Brian | Enterprise | AL | Alabama Middle District Court |
| Sanders | Morris | Montgomery | AL | Alabama Middle District Court |
| Sasser | Connie | Andalusia | AL | Alabama Middle District Court |
| Scarborough | Kim | Cusseta | AL | Alabama Middle District Court |
| Thompson | Chris | Fort Mitchell | AL | Alabama Middle District Court |
| Tweedy | Nancy | Phenix City | AL | Alabama Middle District Court |
| Vollmuth | Billie | Dothan | AL | Alabama Middle District Court |
| Wiseman | Carolyn | Dothan | AL | Alabama Middle District Court |
| Allen | Penny | Leeds | AL | Alabama Northern District Court |
| Barnett | Janice Drinnon | Jasper | AL | Alabama Northern District Court |
| Bell | Bonnie | Munsford | AL | Alabama Northern District Court |
| Blankenship | Sara | Falkville | AL | Alabama Northern District Court |
| Brown | Roger | Oxford | AL | Alabama Northern District Court |
| Caldwell | Patricia | Gardendale | AL | Alabama Northern District Court |
| Carroll | Selena | Albertville | AL | Alabama Northern District Court |
| Collette | Matthew | Huntsville | AL | Alabama Northern District Court |
| Crawford | Rebecca | Gadsden | AL | Alabama Northern District Court |
| Dalrymple | Ginger | Anniston | AL | Alabama Northern District Court |

Preliminary Agreed Alabama District Designations

| | | | | |
|---|---|---|---|---|
| Dauzat | Beryl | Birmingham | AL | Alabama Northern District Court |
| Davies | Lester | Cullman | AL | Alabama Northern District Court |
| Davis | Janice | Albertville | AL | Alabama Northern District Court |
| Dozier-Blair | Michaela | Murfreesboro | TN | Alabama Northern District Court |
| Francis | Deborah | Quinton | AL | Alabama Northern District Court |
| Franklin | Regina | Pinson | AL | Alabama Northern District Court |
| Garrison | Rose | Lexington | AL | Alabama Northern District Court |
| Glenn | Linda | Gaylesville | AL | Alabama Northern District Court |
| Gragg | Phyllis | Talladega | AL | Alabama Northern District Court |
| Gray | Jeanne | Muscle Shoals | AL | Alabama Northern District Court |
| Guess | Tammy | Bridgeport | AL | Alabama Northern District Court |
| Hadaway | Michael | Jasper | AL | Alabama Northern District Court |
| Haddock | Mandy | Florence | AL | Alabama Northern District Court |
| Hall | Barbara | Hampton Cove | AL | Alabama Northern District Court |
| Harraid | Patricia | Albertville | AL | Alabama Northern District Court |
| Harrison | Janice | Oxford | AL | Alabama Northern District Court |
| Henderson | Rita | Huntsville | AL | Alabama Northern District Court |
| Biltoft | Clara | Double Springs | AL | Alabama Northern District Court |
| Hicks | Kimberly | Florence | AL | Alabama Northern District Court |
| Hill | Brandy | Cullman | AL | Alabama Northern District Court |
| Holcomb | Sherry | Hollywood | AL | Alabama Northern District Court |
| Howard | Sharon | Birmingham | AL | Alabama Northern District Court |
| James | Joann | Tuscumbia | AL | Alabama Northern District Court |
| Johnson | Kim | Cullman | AL | Alabama Northern District Court |
| Jones | Diana | Decatur | AL | Alabama Northern District Court |
| Lambert | Anthony | Luka | MS | Alabama Northern District Court |
| Little | Patricia | Berry | AL | Alabama Northern District Court |
| Lockhart | Linda | Quinton | AL | Alabama Northern District Court |
| Lollar | Jacqueline | Berry | AL | Alabama Northern District Court |
| Marshall | Jonathan | Birmingham | AL | Alabama Northern District Court |
| Martin | Betty | Bridgeport | AL | Alabama Northern District Court |
| Mershon | Lezlie | Somerville | AL | Alabama Northern District Court |
| Miller | Lisa | Horton | AL | Alabama Northern District Court |
| Mitchell | Carol | Collinsville | AL | Alabama Northern District Court |
| Moore | Delilia | Albertville | AL | Alabama Northern District Court |

Preliminary Agreed Alabama District Designations

| | | | | |
|---|---|---|---|---|
| Pendleton | Dora | Huntsville | AL | Alabama Northern District Court |
| Pike | Patricia | Eva | AL | Alabama Northern District Court |
| Powell | Joseph | Tuscaloosa | AL | Alabama Northern District Court |
| Smith | Judy | Ashville | AL | Alabama Northern District Court |
| Sparks-Clark | Melissa | Birmingham | AL | Alabama Northern District Court |
| Steele | Judy | Decatur | AL | Alabama Northern District Court |
| Stiles | Judith | Hamilton | AL | Alabama Northern District Court |
| Streetman | Selina | Russellville | AL | Alabama Northern District Court |
| Sturdivant | Joyce | Helena | AL | Alabama Northern District Court |
| Thomas | Cathy | Pinson | AL | Alabama Northern District Court |
| Tollison | Frank | Pell City | AL | Alabama Northern District Court |
| Traywick | Penny | Wilsonville | AL | Alabama Northern District Court |
| Waters | Shannon | Cullman | AL | Alabama Northern District Court |
| Wells | Fred | Stevenson | AL | Alabama Northern District Court |
| White | April | Rainbow City | AL | Alabama Northern District Court |
| White | Mary E. | Fort Payne | AL | Alabama Northern District Court |
| Williams | Kerry | Maylene | AL | Alabama Northern District Court |
| Willis | Lewis | Birmingham | AL | Alabama Northern District Court |
| Womack | Wanda | Pinson | AL | Alabama Northern District Court |
| Woods | Darryl | Jasper | AL | Alabama Northern District Court |
| Woodward | Patti | Alexandria | AL | Alabama Northern District Court |
| Burge | Hazel | Sweetwater | AL | Alabama Southern District Court |
| Burkett | Tonia | Flomaton | AL | Alabama Southern District Court |
| Creighton | Donald | Mobile | AL | Alabama Southern District Court |
| Frasier | Melody | Mobile | AL | Alabama Southern District Court |
| Gable | Toronda | Mobile | AL | Alabama Southern District Court |
| Garrick | Elizabeth | Grove Hill | AL | Alabama Southern District Court |
| Griffin | Joseph | Mobile | AL | Alabama Southern District Court |
| Harris | Polly | Boykin | AL | Alabama Southern District Court |
| Johnson | Vicki | Atmore | AL | Alabama Southern District Court |
| Kohrumel | Gloria | Mobile | AL | Alabama Southern District Court |
| Langley | Mildredge | Saraland | AL | Alabama Southern District Court |
| Millington | Silvia | Silverhill | AL | Alabama Southern District Court |
| Morris | Anita | Saraland | AL | Alabama Southern District Court |
| Neubert | Margaret | Elberta | AL | Alabama Southern District Court |

Preliminary Agreed Alabama District Designations

| | | | | |
|---|---|---|---|---|
| Nobles | Johnny | Sweetwater | AL | Alabama Southern District Court |
| Patterson | Thelma | Prichard | AL | Alabama Southern District Court |
| Pettway | Sandra | Mobile | AL | Alabama Southern District Court |
| Pitt | William | Mobile | AL | Alabama Southern District Court |
| Sellers | Rebecca | Wilmer | AL | Alabama Southern District Court |
| Taylor | Christine | Wilmer | AL | Alabama Southern District Court |
| Walker | Brenda | Thomasville | AL | Alabama Southern District Court |
| Welch | Ronald | Mobile | AL | Alabama Southern District Court |
| Whitley | Timothy | Eight Mile | AL | Alabama Southern District Court |
| Williams | Betty | Grand Bay | AL | Alabama Southern District Court |
| Williams | Larry | Gainestown | AL | Alabama Southern District Court |
| Woodall | Patricia | Coden | AL | Alabama Southern District Court |
| Wright | Douglas | Saraland | AL | Alabama Southern District Court |